# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT, | CV F   05 591 REC LJO P |
| Plaintiff, | |
| v. | ORDER DISREGARDING MOTION FOR TRIAL (Doc. 5.) |
| MATTHEW GUERRERO, | |
| Defendants. / | |

Eric Lee Hackett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on May 2, 2005. On June 14, 2005, Plaintiff filed a Motion for a Jury trial.

As indicated in the Court's Informational Order, issued on May 2, 2005, the Court has a preliminary duty to screen complaints to determine whether they state a cognizable claim for relief. Until such time as the screening process occurs, Plaintiff's request for action in the case in the way of a jury trial is premature. Accordingly, the Motion for Jury Trial is DISREGARDED.

IT IS SO ORDERED.

**Dated:   June 20, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE

1