1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   ERIC LEE HACKETT,              )         No. CV-F-05-591 REC/LJO P
                                    )
10                                  )         ORDER DISMISSING ACTION FOR
                                    )         FAILURE TO COMPLY WITH A
11                  Plaintiff,      )         COURT ORDER (Doc. 7) AND
                                    )         DIRECTING ENTRY OF JUDGMENT
12          vs.                     )         FOR DEFENDANTS
                                    )
13                                  )
    MATHEW G. GUERRERO, et al.,     )
14                                  )
                                    )
15                  Defendant.      )
                                    )
16  _____)

17      On July 7, 2005, the United States Magistrate Judge

18  recommended that this action be dismissed because plaintiff has

19  not complied with the May 27, 2005 Order that plaintiff submit an

20  application to proceed in forma pauperis or pay the $250.00

21  filing fee.

22      Plaintiff did not file objections to this recommendation.

23  Rather, on July 20, 2005, plaintiff filed a demand for hearing

24  wherein he argues the merits of his claims.  However, plaintiff

25  does not explain why he did not and has not complied with the May

26  27, 2005 Order.

                                    1

1    Consequently, based on the court's review of the record, the

2  court concurs with the recommendation and dismisses this action

3  for failure to comply with a court order.

4    ACCORDINGLY:

5    1.  This action is dismissed for the reasons stated in the

6  recommendation filed on July 12, 2005 and in this Order.

7    2.  The Clerk of the Court is directed to enter judgment for

8  defendants.

9    IT IS SO ORDERED.

10  **Dated:  August 26, 2005**            **/s/ Robert E. Coyle**
    668554                      UNITED STATES DISTRICT JUDGE

2